### HEMAN C. LEWIS v. OTIS POND.

*Evidence to support claim for additional payment.*

Where a purchaser of land orally agreed that if the premises, when surveyed, should exceed a certain amount for which he paid, he would pay more, the vendor could not sue the purchaser's assignee for the additional sum if the deed was not put in evidence, and there was nothing to show what land or how much was conveyed by it.

Error to Livingston. Submitted October 28. Decided November 10.

ASSUMPSIT. Plaintiff brings error. Affirmed.

*T. R. Shields* for plaintiff in error.

*Waddell & Montague* for defendant in error.

MARSTON, C. J. The theory upon which the plaintiff claims to recover is, that his assignor, in October, 1864, con-

veyed by deed a tract of land to defendant; that defendant then paid for $60\frac{63}{100}$ acres, and agreed that when the land conveyed was surveyed, if more than $60\frac{63}{100}$ acres, he would pay for the surplus. The plaintiff had a survey made in 1878 which showed $62\frac{8}{100}$ acres in the piece.

The deed was not offered in evidence, and what land or how much was conveyed therein was not shown on the trial. If there were but $60\frac{63}{100}$ acres described in and conveyed by the deed, then there could be no foundation for the claim of the plaintiff in the present case. Under the evidence, whether the oral agreement to take and pay for the surplus was valid under the statute of frauds, and if so, whether the statute of limitations did not bar the claim, although raised, we think are not material, as it does not appear whether anything more than the sixty acres were conveyed.

The judgment must be affirmed with costs.

The other Justices concurred.